IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Eric and Joan Alexis,     :
     Appellants  :
           :
  v.        :  No. 1729 C.D. 2015
           :
Ronald Koldjeski and    :
Lackawanna County Tax  :
Claim Bureau     :

## **O R D E R**

NOW, October 14, 2016, having considered appellants' application for reconsideration, the application is denied.

                 

                MARY HANNAH LEAVITT,
                President Judge